CO-386-online
10/03

# United States District Court
# For the District of Columbia

Electronic Frontier Foundation )
)
)
)
vs   Plaintiff )   Civil Action No. _____
)
Department of Justice )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Electronic Frontier Foundation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Electronic Frontier Foundation__ which have any outstanding securities in the hands of the public:

**None.**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

360418
BAR IDENTIFICATION NO.

David L. Sobel
Print Name

5335 Wisconsin Ave., N.W., Suite 640
Address

Washington, D.C.        20015
City         State         Zip Code

(202) 246-6180
Phone Number