**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION )<br>)<br>Plaintiff,                           )<br>v.                                                      )        Civil No.  1:15-cv-00200 (CKK)<br>)<br>DEPARTMENT OF JUSTICE,            )<br>)<br>Defendant.                   )<br>_____) | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Department of Justice hereby answers the Complaint (Dkt. No. 1) in the following numbered paragraphs, which correspond to the Complaint's numbered paragraphs:

1. The first sentence contains legal conclusions, not factual allegations requiring a response.  The second sentence sets forth Plaintiff's characterization of the nature of this action, to which no response is required.  Deny the third and fourth sentences.

2. Defendant is without knowledge or information sufficient to form a belief about the truth of this allegation.

3. Admit

4. This paragraph contains legal conclusions, not factual allegations requiring a response.

5. This paragraph contains legal conclusions, not factual allegations requiring a response.

6. These allegations consist of Plaintiff's characterization of media coverage or other documents in the public domain that are cited in the Complaint.  The Court is respectfully referred to those documents, which are the best evidence of their contents.

7. These allegations consist of Plaintiff's characterization of media coverage or other documents in the public domain that are cited in the Complaint. The Court is respectfully referred to those documents, which are the best evidence of their contents.

8. These allegations consist of Plaintiff's characterization of media coverage or other documents in the public domain that are cited in the Complaint. The Court is respectfully referred to those documents, which are the best evidence of their contents.

9. These allegations consist of Plaintiff's characterization of media coverage or other documents in the public domain that are cited in the Complaint. The Court is respectfully referred to those documents, which are the best evidence of their contents.

10. These allegations consist of Plaintiff's characterization of media coverage or other documents in the public domain that are cited in the Complaint. The Court is respectfully referred to those documents, which are the best evidence of their contents.

11. Defendant is without knowledge or information sufficient to form a belief about the truth of the first sentence. The second sentence is denied.

12. Deny the allegation that IMSI catchers allow law enforcement to obtain the same data with no judicial oversight. With respect to the rest of this paragraph, Defendant is without knowledge or information sufficient to form a belief about the truth of this allegation.

13. With respect to the first sentence of this paragraph, Defendant is without knowledge or information sufficient to form a belief about the truth of these allegations. Concerning the rest of this paragraph, these allegations consist of Plaintiff's characterization of media coverage or other documents in the public domain cited in the Complaint. The Court is respectfully referred to those documents, which are the best evidence of their contents.

14. These allegations consist of Plaintiff's characterization of a letter written by members of Congress that is cited in the Complaint. The Court is respectfully referred to that document, which is the best evidence of its contents.

15. Admit except refer to the original emails and letters for a full and accurate rendering of its contents.

16. Admit except refer to the original emails and letters for a full and accurate rendering of its contents.

17. Admit except refer to the original letter for a full and accurate rendering of its contents.

18. Admit except refer to the original letter for a full and accurate rendering of its contents.

19. Admit except refer to the original email for a full and accurate rendering of its contents.

20. Admit.

21. This paragraph contains legal conclusions, not factual allegations requiring a response.

22. This paragraph contains legal conclusions, not factual allegations requiring a response.

23. Denied.

24. Defendant incorporates by reference its responses to all of the preceding paragraphs.

25. Denied.

26. Denied.

27. Denied.

28. Defendant incorporates by reference its responses to paragraphs 1-23.

29. Denied.

30. Denied.

31. Denied

The remaining paragraphs of Plaintiff's Complaint constitute a prayer for relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to any relief. All remaining allegations not expressly responded to are hereby denied.

Dated: March 20, 2015    Respectfully submitted,

BENJAMIN C. MIZER
Acting Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Zachary J. Corey*
Zachary J. Corey
D.C. Bar #1013001
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:   (202) 616-0042
Fax:    (202) 616-8470
Email: Zachary.J.Corey@usdoj.gov
Mailing Address:
Post Office Box 883
Washington, D.C. 20044
Courier Address:
20 Massachusetts Avenue N.W.
Washington, D.C. 20001
*Counsel for Defendant*