UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Civil No. 1:15-cv-00200 (CKK) |

## JOINT STATUS REPORT

Plaintiff Electronic Frontier Foundation and Defendant Department of Justice hereby submit this Joint Status Report.  On February 10, 2015, Plaintiff filed a Complaint related to its Freedom of Information Act requests to the Federal Bureau of Investigation, Criminal Division of the Department of Justice, and the United States Marshal's Service (Dkt. 1).  Defendant filed its Answer on March 20, 2015. (Dkt. 6).  As directed by the Court in its March 24, 2015, Minute Order, the parties have met and conferred on how to proceed in this case.  The parties are unable to agree upon a joint statement concerning further proceedings in this case, and therefore present the following separate statements.

### Defendant's Statement

Plaintiff's request relates to the use of cell site simulator technology from airplanes.  Various components of the Department of Justice have equities in any position it takes relating to the use of cell site simulator technology.  Furthermore, cell site simulator technology is an important law enforcement and national security tool for the Department of Justice and its components.  Due to the importance of the issue and the amount of internal coordination required, the Department of Justice is still formulating its response to Plaintiff's Request.  Accordingly, Defendant proposes that the parties file a

second Joint Status Report in 30 days, which will include a schedule with dates for moving the case forward.

### Plaintiff's Statement

The FOIA requests that underlie this action were submitted to defendant on November 20, 2014.  Plaintiff formally requested that the processing of the requests be expedited because they pertain to information about which there is "[a]n urgency to inform the public about an actual or alleged federal government activity," and were "made by a person primarily engaged in disseminating information."  5 U.S.C. § 552(a)(6)(E)(v)(II); 28 C.F.R. § 16.5(d)(1)(ii).

Five months have now passed since defendant received the FOIA requests at issue.  Pursuant to the Court's March 24, 2015 minute order, counsel for plaintiff promptly contacted counsel for defendant to ascertain the status of defendant's processing of plaintiff's FOIA requests.  Since first contacting defendant's counsel on March 30, counsel for plaintiff received no substantive response, and reiterated this inquiry on April 21, noting the impending deadline for a report to the Court.  Defendant now represents that it "is still formulating its response to Plaintiff's Request," with no proposed date for completion of its processing, or even a date certain by which defendant will advise plaintiff and the Court of the number of pages of material deemed to be responsive to plaintiff's requests.

In light of the above, and consistent with plaintiff's belief that its requests are entitled to expedited processing under the relevant statutory and regulatory standards, plaintiff believes it would be appropriate for defendant to complete its processing of plaintiff's FOIA requests within 30 days, or file an *Open America* motion setting forth its

entitlement to "additional time to complete its review of the records" upon a showing that "exceptional circumstances exist and that the agency is exercising due diligence in responding to the request." 5 U.S.C. § 552(a)(6)(C)(i).

Dated: April 24, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Acting Assistant Attorney General

VINCENT H. COHEN JR.
Acting United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Zachary J. Corey*
Zachary J. Corey
D.C. Bar #1013001
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:   (202) 616-0042
Fax:    (202) 616-8470
Email: Zachary.J.Corey@usdoj.gov
Mailing Address:
Post Office Box 883
Washington, D.C. 20044
Courier Address:
20 Massachusetts Avenue N.W.
Washington, D.C. 20001
*Counsel for Defendant*

*/s/ David L. Sobel*
David L. Sobel
D.C. Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, NW
Suite 640
(202) 246-6180

Email: sobel@att.net

*Counsel for Plaintiff*