**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:15-cv-00200 (CKK) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff Electronic Frontier Foundation ("EFF") and Defendant Department of Justice hereby submit this Joint Status Report. On February 10, 2015, Plaintiff filed a Complaint related to its Freedom of Information Act requests to the Federal Bureau of Investigation (FBI), Criminal Division of the Department of Justice (Criminal Division), and the United States Marshal's Service (USMS) (Dkt. 1). Defendant filed its Answer on March 20, 2015. (Dkt. 6). The parties filed a Joint Status Report on April 24, 2015. (Dkt. 7). As directed by the Court in its April 27, 2015, Minute Order, the parties have met and conferred on how to proceed in this case. The parties are unable to agree upon a joint statement concerning further proceedings in this case, and therefore present the following separate statements.

**Defendant's Statement**

The Criminal Division is currently searching for potentially responsive records. To the extent that the Criminal Division identifies responsive, non-exempt records, it will make its first production in six weeks on July 8, 2015. The Criminal Division will make rolling productions every four weeks thereafter until it completes the production of responsive, non-exempt records. The Criminal Division anticipates that it will finish

producing any responsive, non-exempt documents by September 2, 2015, and that it will be able to produce a Vaughn index by September 16, 2015.

On February 19, 2015, the FBI mailed a letter to plaintiff stating that "the FBI neither confirms nor denies the existence of records responsive to your request . . . ." The FBI stands by that response and the USMS joins them in it.

Once the Criminal Division has finished producing any responsive, non-exempt records and its Vaughn Index, likely by September 16, 2015, the parties will have 45 days to draft dispositive motions, 30 days to respond, and 14 days to reply. Instead of engaging in several rounds of dispositive motions, it would be a more efficient use of judicial and governmental resources to wait to set the briefing schedule for dispositive motions until after the Criminal Division has released all of its non-exempt records and produced its Vaughn Index.

**Plaintiff's Statement**

EFF consents to the schedule for processing and disclosure of responsive records as proposed by the Criminal Division, to wit: that it will make its first production in six weeks on July 8, 2015; and will make rolling productions every four weeks thereafter until it completes the production of responsive, non-exempt records, with the expectation that it will finish producing any responsive, non-exempt documents by September 2, 2015.

With respect to the positions of the FBI and the USMS that they can "neither confirm[] nor den[y] the existence of records responsive to [EFF's] request," EFF submits that those so-called "Glomar" responses are now ripe for adjudication. As such, EFF proposes that DOJ should file a dispositive motion on behalf of the FBI and the

USMS within 45 days; that EFF file its opposition and cross-motion 30 days thereafter; and that both parties have 15 days in which to file their oppositions and/or replies. EFF further proposes that litigation of any exemption claims relied upon by the Criminal Division be held in abeyance pending resolution of the FBI and USMS "Glomar" claims. Should the FBI and USMS positions be rejected by the Court, it would be most efficient to litigate any exemption claims relied upon by *all* components at the same time. Given the possibility that the FBI and the USMS will ultimately be required by the Court to process any responsive records, EFF's proposal would better serve the goal of avoiding multiple rounds of briefing on the agency's exemption claims.

Dated: May 27, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Acting Assistant Attorney General

VINCENT H. COHEN JR.
Acting United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*_/s/ Zachary J. Corey_*
Zachary J. Corey
D.C. Bar #1013001
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.: (202) 616-0042
Fax: (202) 616-8470
Email: Zachary.J.Corey@usdoj.gov
Mailing Address:
Post Office Box 883
Washington, D.C. 20044
Courier Address:

20 Massachusetts Avenue N.W.
Washington, D.C. 20001
*Counsel for Defendant*

*/s/ David L. Sobel*
DAVID L. SOBEL
DC Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180
Email: sobel@att.net

JENNIFER LYNCH
(admitted in California)
ANDREW CROCKER
(admitted in California)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Counsel for Plaintiffs*