## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELECTRONIC FRONTIER FOUNDATION )
                                         )
                Plaintiff,      )
v.                                 )     Civil No.  1:15-cv-00200 (CKK)
                                    )
DEPARTMENT OF JUSTICE,        )
                                    )
               Defendant.     )
_____)

## JOINT STATUS REPORT

Plaintiff Electronic Frontier Foundation ("EFF") and Defendant Department of Justice hereby submit this Joint Status Report.  On February 10, 2015, Plaintiff filed a Complaint related to its Freedom of Information Act requests to the Federal Bureau of Investigation ("FBI"), Criminal Division of the Department of Justice ("Criminal Division"), and the United States Marshal's Service ("USMS") (Dkt. 1).  These requests relate to the use of cell site simulators from airplanes.  Defendant filed its Answer on March 20, 2015. (Dkt. 6).  The parties filed a Joint Status Report on April 24, 2015, and a second Joint Status Report on May 27.  (Dkt. 7 & 8).  In the second Joint Status Report, the parties agreed on a production schedule for the Criminal Division, and the Joint Status Report reiterated the FBI's and USMS's blanket *Glomar* response.  As directed by the Court in its May 28, 2015, Minute Order, the parties have met and conferred in order to set a briefing schedule regarding the *Glomar* responses of the FBI and the USMS.

The FBI and USMS have determined that they will no longer pursue a full *Glomar* response in this case, and will instead search for and process records for many portions of EFF's request.  However, the FBI intends to maintain a partial *Glomar* response for some portions of EFF's request.  The USMS will begin to search for and

process records for EFF's entire request.  Due to this recent decision not to assert a full

*Glomar* response, the parties proposes the following schedule:  As soon as possible, but

no later than 20 days from the filing of this Joint Status Report, the FBI will issue a letter

responding to Plaintiff stating for which portions of the request it is now searching for

records, and for which portions of the request it stands by its *Glomar* response.

Additionally, within 30 days, the parties will file a joint status report updating the Court

on the status of the FBI's and USMS's searches, and proposing a schedule for the release

of responsive, non-exempt records.  For the requests for which the FBI maintains its

*Glomar* response, the FBI proposes that it will file a dispositive motion within 60 days;

that EFF file its opposition and cross-motion 30 days thereafter; and that both parties

have 15 days in which to file their oppositions and/or replies.


Dated: June 10, 2015                          Respectfully submitted,


                                              BENJAMIN C. MIZER
                                              Acting Assistant Attorney General

                                              VINCENT H. COHEN JR.
                                              Acting United States Attorney

                                              ELIZABETH J. SHAPIRO
                                              Deputy Branch Director

                                              */s/ Zachary J. Corey*
                                              Zachary J. Corey
                                              D.C. Bar #1013001
                                              Trial Attorney
                                              United States Department of Justice
                                              Civil Division, Federal Programs
                                              Branch
                                              Tel.:    (202) 616-0042
                                              Fax:    (202) 616-8470
                                              Email: Zachary.J.Corey@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044
<u>Courier Address:</u>
20 Massachusetts Avenue N.W.
Washington, D.C. 20001
*Counsel for Defendant*


<u>/s/ David L. Sobel</u>
DAVID L. SOBEL
DC Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180
Email: sobel@att.net

JENNIFER LYNCH
(admitted in California)
ANDREW CROCKER
(admitted in California)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Counsel for Plaintiffs*